HARRY SAMWICK, Respondent, v. BLINDERMAN AMUSEMENT CO., INC., and Another, Defendants, Impleaded with ELIAS MAYER and Others, Appellants.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

SARAH L. ROBERTSON, Appellant, v. JOSEPH ARCHIBALD ROBERTSON, Respondent.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

KING, RICE & GANEY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HARRISON S. GREEN, Appellant, v. AUBREY G. MAGUIRE and Another, Respondents, Impleaded with MASSACHUSETTS OIL REFINING COMPANY, INC., and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and order for examination modified by striking out the specifications numbered " (1) " and " (5) " and the order for the production of books, papers, original agreements and documents; the date for the examination to proceed to be fixed in the order.  No opinion.  Settle order on notice.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. & B. EXPORT AND IMPORT CORPORATION, Appellant, v. FRANCO-AMERICAN CHEMICAL COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LAND VALUE REFUNDING CO., INC., Respondent, v. M. G. BABCOCK CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM R. MONTGOMERY, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements; amended answer to be served in five days from service of order.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES KRISER, Respondent, v. JOHN C. RODGERS, JR., and Another, Defendants, Impleaded with MARTHA M. RODGERS, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AARON MINTZ, Respondent, v. LOUISE CALLEN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER W. IRWIN, Appellant, v. HARVEY H. HEVENOR, Respondent, Impleaded with ARLAND. W. JOHNSON, Defendant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.